IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RANDY TAPLIN,

    Plaintiff,

v.

OFFICER JASON HESTER,

    Defendant.

CIVIL ACTION NO.: 6:15-cv-128

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 31), to which Plaintiff failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for his failure to follow this Court's Orders and failure to update his address and **DISMISSES as moot** Defendant's Motion for Summary Judgment, (doc. 23). The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 28th day of August, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Magistrate Judge's Report and Recommendation was returned to the Court as undeliverable due to Plaintiff's release from his last known place of incarceration. (Doc. 33.) Plaintiff failed to notify the Court of any change in his address, as discussed in the Magistrate Judge's Report and Recommendation.